UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MARCIO OLIVEIRA**

v.                                        **CIVIL ACTION NO. 14-13890-DJC**

**MIDLAND FUNDING LLC**

**SETTLEMENT ORDER OF DISMISSAL**

CASPER, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated.

December 22, 2014                                     /s/ Lisa M. Hourihan
                                                                                   --------------------------
                                                                                   Deputy Clerk